UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NTR METALS AMERICAS, LLC,      )
                               )
          Plaintiff,           )
                               )       CIVIL ACTION NO.
VS.                            )
                               )       3:12-CV-3564-G
WILLIAM A. STROM,              )
                               )
          Defendant.           )


### MEMORANDUM OPINION AND ORDER

This case was removed from a state district court on the basis of diversity of citizenship. Notice to Federal Court of Removal of a Civil Action from State Court Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 ¶¶ I, III, IV (docket entry 1). The plaintiff is alleged to be a Delaware limited liability company. *Id*. ¶ III(8). The defendant is alleged to be a citizen of Florida. *Id*. ¶ III(9).

The citizenship of a limited liability company such as the plaintiff is determined by the citizenship of all its members. *Harvey v. Grey Wolf Drilling Company*, 542 F.3d 1077, 1079-80 (5th Cir. 2008). The court does not have enough

information to determine if there is complete diversity of citizenship between the parties, as required by *Strawbridge v. Curtiss*, 7 U.S. 267 (1806).

Accordingly, within ten days of this date, the defendant shall file and serve an amended notice of removal setting forth the name(s) and citizenship of all the members of the plaintiff. Failure to timely do so will result in remand of the case, without further notice, to the state district court from which it was previously removed.

**SO ORDERED**.

September 5, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**